**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SHUKHRAT SHAMURADOV,**<br>**Petitioner,**<br><br>**v.**<br><br>**JOHN E. RIFE**<br>**Respondent.** | **CIVIL ACTION**<br><br><br><br>**NO. 26-CV-5967** |

**O R D E R**

**AND NOW**, this 21th day of August, 2026, in light of the Government's Notice of Compliance with the Court's Order (ECF No. 7), **IT IS HEREBY ORDERED** that the Clerk of Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**